IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:17cr162(5) |
| Plaintiff, | : | |
| v. | : | District Judge Walter H. Rice |
| MOSES M. STEVENS | : | |
| Defendant. | : | |

### ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon the Court's *Sua Sponte* Order for Appointment of Counsel, the Court appointed a member of the Criminal Justice Act Panel.

IT IS ACCORDINGLY ORDERED that James P. Fleisher, of the CJA Panel for the Southern District of Ohio, is appointed as counsel to represent the Defendant in this case for purposes of filing and arguing motion for compassionate release.

March 24, 2021

Walter H. Rice
United States District Judge